<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor 1 __Christian E. Dorsey__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: Eastern District of Virginia

Case Number __1913402 BFK__

## Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of Creditor:** PNC Bank, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 8705

**Date of payment change:**
Must be at least 21 days after date of this notice                __12/ 03/2019__

**New total payment:**                $999.02
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
      Describe the basis for the change.  If a statement is not attached, explain why:_____
      _____

   Current escrow payment: $_____        New escrow payment: $_____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☐ No
   ☒ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: __Interest Rate Change__
      _____

   Current interest rate: 5.50%        New interest rate: 5.25%

   Current principal and interest payment: $1055.55        New principal and interest payment: $999.02

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**        **New mortgage payment:**

Debtor 1 ___Christian E. Dorsey_____        Case number (if known) 1913402_____
        First Name      Middle Name      Last Name

| Part 3: | Sign Here |
|---|---|

**The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

.   ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/  Yvonne Uhlik_____        Date ___11 / 08 / 2019___
     Signature

Print:    Yvonne Uhlik_____        Title:   Support Specialist_____

Company   PNC Bank, National Association_____

Address:  P.O. Box 94982_____
         Number    Street

         Cleveland, OH 44101-0570_____
         City     State    ZIP Code

Contact Phone: 1-800-642-6323 Ext. 65570        Email:_____

**Thomas P. Gorman**
**300 N. Washington St. Ste. 400**
**Alexandria, VA 22314**

## CERTIFICATE OF SERVICE

I, the undersigned, of  PNC Bank, N.A., hereby certify that on November 8, 2019, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor:          Christian E. Dorsey

Debtor Attorney: Tommy Andrews, Jr.

Trustee:         Thomas P. Gorman

Further, I certify that on November 8, 2019, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Debtor Address: 1009 S. Columbus St.
                Arlington, VA 22204

Debtor Attorney: 122 North Alfred St.
                 Alexandria, VA 22314

Trustee Address:300 N. Washington St. Ste. 400
                Alexandria, VA 22314

Judge's Initials:   BFK

By: /s/ Yvonne Uhlik

_____
Yvonne Uhlik
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101-0570
1-800-642-6323 Ext. 65570