**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>CHRISTIAN E. DORSEY<br><br>Debtor | Chapter 13<br><br>Case No. 19-13402-BFK |

## **WITHDRAWAL**

      I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Motion to Dismiss and Objection to Confirmation filed with this Court on the above captioned matter and scheduled for hearing on October 22, 2020.

\_October 15, 2020 _____        \_/s/ Thomas P. Gorman _____
Dated        Thomas P. Gorman
       Chapter 13 Trustee
       300 N. Washington Street, #400
       Alexandria, VA  22314
       (703) 836-2226
       VSB #26421

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of October, 2020 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

       Tommy Andrews, Jr., Esq.
       Attorney for Debtor
       122 N. Alfred St.
       Alexandria, VA 22314

       \_\_\_/s/ Thomas P. Gorman _____
       Thomas P. Gorman