**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>CHRISTIAN E. DORSEY<br><br>Debtor | Chapter 13<br><br>Case No. 19-13402-BFK |

## **WITHDRAWAL**

      I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Motion to Dismiss and Objection to Confirmation filed with this Court on the above captioned matter and scheduled for hearing on October 22, 2020.

_October 15, 2020 _____                    _/s/ Thomas P. Gorman _____
Dated                                          Thomas P. Gorman
                                                        Chapter 13 Trustee
                                                        300 N. Washington Street, #400
                                                         Alexandria, VA  22314
                                                        (703) 836-2226
                                                         VSB #26421

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of October, 2020 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

                                                Tommy Andrews, Jr., Esq.
                                                Attorney for Debtor
                                                122 N. Alfred St.
                                                Alexandria, VA 22314

                                                ___/s/ Thomas P. Gorman _____
                                                Thomas P. Gorman