# UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| Christian E. Dorsey | Chapter 13 |
| SSN: ###-##-2342 | Case No. 19-13402-BFK |
| Debtor(s) | |

## AMENDED ORDER

This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $1,095.00 per month for 2 months and then $1,910.00 per month for the remainder of the Plan required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

(1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on October 16, 2019 and

(2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

(3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

(4) That the Debtor, Christian E. Dorsey is presently employed by Arlington County Government and receives income therefrom, and

(5) That the amount of $1,095.00 per month for 2 months and then $1,910.00 per month for the remainder of the Plan should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN 38101-1553.

IT IS ORDERED, that beginning with the month of NOVEMBER, 2020 Arlington County Government be and they hereby are required to withhold the amount of $1,095.00 per month for 2 months and then $1,910.00 per month for the remainder of the Plan from the monthly income of the Debtor, Christian E. Dorsey, and pay over the full amount thereof each month to:

Thomas P. Gorman
Chapter 13 Trustee
P.O. Box 1553
Memphis, TN  38101-1553

**Amended Wage Order**
**Christian E. Dorsey**
**Case #19-13402-BFK**

Dated: Oct 20 2020

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

I Ask For This:

Entered On Docket: October 20, 2020

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 8362226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Amended Wage Order**
**Christian E. Dorsey**
**Case #19-13402-BFK**

**PARTIES TO RECEIVE COPIES**

Christian E. Dorsey
Chapter 13 Debtor
1009 S. Columbus St.
Arlington, VA 22204

Tommy Andrews, Jr., Esq.
Attorney for Debtor
122 N. Alfred St.
Alexandria, VA 22314

Arlington County Government
ATTN: Payroll Office
2100 Clarendon Blvd, Ste. 511
Arlington, VA 22201

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314