**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| CHRISTIAN E. DORSEY | Case No. 19-13402-BFK |
| Debtor | |

**MOTION TO DISMISS WITH PREJUDICE,**
**NOTICE OF MOTION TO DISMISS WITH PREJUDICE**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Trustee, moves pursuant to 11 U.S.C. §1307 and §1330(a) for revocation of the October 20, 2020 confirmation of Debtor's Plan and also for dismissal of this case with prejudice, and states as cause therefore the following:

1. This case was commenced by the filing of a Chapter 13 Petition on October 16, 2019.
2. Debtor filed Schedules, including Schedules I/J and Form 122C, at the same time he filed the Petition.
3. In those Schedules Debtor listed a $1,096.00/mo. deduction at Line 5 of Schedule J (Dkt. #1, pg. 37) and also at Line 9b of Form 122C-2 (Dkt. #1, pg. 51). [1]
4. Upon information and belief, that $1,096.00/mo. deduction was attributable to a second trust mortgage obligation.
5. Debtor has since filed three (3) Amended Schedule J's, all of which have contained the same $1,096.00/mo. deduction for Debtor's second trust mortgage obligation.[2] The most recent representation of the six affirmative representations[3] that he had an ongoing $1,096.00/mo. second trust payment obligation was just made on September 17, 2020.
6. The most recent such Plan filed September 17, 2020 was confirmed by Order entered October 20, 2020 (Dkt. #68) and provides for an estimated 30% distribution to unsecured creditors.

---

[1] Debtor amended Form 122C on March 26, 2020 (Dkt #40), which amendment also included the $1,096.00/mo. deduction.
[2] Dkt. #19, pg. 9; Dkt. #39, pg. 9; Dkt. #63, pg. 9)
[3] Two Form 122C's and four Schedule J's.

**Notice and Motion to Dismiss**
Christian E. Dorsey, Case #19-13402-BFK

7. Debtor's Plans and budgets have all been based on his affirmative representations that his disposable income should be reduced by that $1,096.00/mo. second trust mortgage payment.
8. It now turns out that the second trust was forgiven and released prior to the filing of the Petition and that Debtor has never made a single payment on it since filing this case.
9. Debtor had no good faith basis for deducting this expense on the four Schedule J's he filed with the Court.
10. At the time Debtor filed each of his four Schedule J's in this case he knew he would not be making the $1,096.00/mo. payment on the second trust is in the future.
11. But for his improper deduction of this expense on his two Form 122C and his four Schedule J's, Debtor's Plan payment would have been required to be $1,096.00/mo. more that he is presently paying.
12. Unsecured creditors have been directly prejudiced by Debtor's affirmative misrepresentation of his financial obligations.
13. Cause exists under 11 U.S.C. §1330(a) to revoke the confirmation Order entered October 20, 2020 as it was procured by fraud.
14. Debtor's conduct and lack of veracity also warrant dismissal of this case with prejudice.

WHEREFORE Trustee prays that the confirmation order entered October 20, 2020 be revoked and that this case be dismissed with prejudice for a period of not less than two (2) years, and for such other and further relief as the Court deems appropriate.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Christian E. Dorsey, Case #19-13402-BFK

*Attend the hearing to be held on December 3, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*[4]  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __November 12, 2020_____          __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of November, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss with Prejudice, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Christian E. Dorsey | Tommy Andrews, Jr., Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 1009 S. Columbus St. | 122 N. Alfred St. |
| Arlington, VA 22204 | Alexandria, VA 22314 |

and to all Creditors and Parties of interests on the attached Matrix.
                                        ___/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman

---

[4] Pursuant to the Bankruptcy Court's Protocol in response to COVID-19 Public Health Emergency, parties appearing for hearings shall appear telephonically at the hearing through the Court's CourtSolutions program http://www.court-solutions.com.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 19-13402-BFK<br>Eastern District of Virginia<br>Alexandria<br>Tue Nov 10 10:38:38 EST 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| SPECIALIZED LOAN SERVICING LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Specialized Loan Servicing LLC<br>14841 DALLAS PKWY SUITE 425<br>Dallas, TX 75254-8067 | Specialized Loan Servicing, LLC<br>SHAPIRO & BROWN, LLP<br>501 Independence Parkway, Suite 203<br>Chesapeake, VA 23320-5174 |
| United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | AT&T Universal Citi Card<br>Attn: Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Arlington County Treasurer<br>2100 Clarendon Blvd, Ste 217<br>Arlington, VA 22201-5447 | Brock & Scott<br>484 Viking Dr, Ste 203<br>Virginia Beach, VA 23452-7321 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Rd., Suite 100<br>Saint Paul, MN 55125-1703 | Costco Anywhere Visa Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 | Early Warning Services<br>16552 N 90th St.<br>Scottsdale, AZ 85260-1619 |
| Equifax Check Services<br>PO Box 30272<br>Tampa, FL 33630-3272 | Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 | Fidelity National Title Insurance Company<br>c/o Staci Ulrich<br>2533 N. 117th Ave.<br>Omaha, NE 68164-3679 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 621504<br>Atlanta, GA 30362-3004 | Internal Revenue Service - VA<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

| | | |
|---|---|---|
| Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | (p)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD 21741-6806 | TransUnion<br>P.O. Box 2000<br>Chester, PA 19016-2000 |
| United Bank<br>500 Virginia St E<br>Charleston, WV 25301-2199 | Virginia Department of Taxatio<br>PO Box 2156<br>Richmond, VA 23218-2156 | Christian E. Dorsey<br>1009 S. Columbus St.<br>Arlington, VA 22204-3423 |
| John P. Fitzgerald, III<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Thomas P. Gorman<br>341 Dial 866-630-6853 Code: 6786636<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314-2550 | Tommy Andrews Jr.<br>Tommy Andrews, Jr. P.C.<br>122 North Alfred St.<br>Alexandria, VA 22314-3011 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank, N.A.<br>PNC Mortgage, a division of PNC Bank, N.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-0000 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| (d)Pnc Mortgage<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-0000 | Telecheck Services, Inc.<br>5251 Westheimer<br>Houston, TX 77056-0000 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Specialized Loan Servicing LLC<br>14841 Dallas Pkwy Suite 425<br>Dallas, TX 75254-8067 | (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (d)United Bank<br>500 Virginia St E<br>Charleston, WV 25301-2199 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     4<br>Total                  42 | |