# UNITED STATES BANKRUPTCY COURT
### FOR THE
### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

CHRISTIAN E. DORSEY

        Debtor(s)

Chapter 13
Case No. 19-13402-BFK

## ORDER OF DISMISSAL WITH PREJUDICE

The matter came on for hearing on December 3, 2020, upon the Trustee's Motion to Dismiss with prejudice pursuant to 11 U.S.C. §1307 and 11. U.S.C §1330(a). Trustee was present and Debtor was represented by counsel. The Motion having been noticed in accordance with Rule 2002, and it appearing to the Court from the allegations of the Trustee upon his request for dismissal, with prejudice, and his argument thereon before this Court, and from the record of the proceeding before this Court, and for reasons stated on the record, that cause exists for this dismissal to be with prejudice, it is

ORDERED, that confirmation of Debtor's September 17, 2020 Plan (Dkt. No. 63) by virtue of this Court's Order of Confirmation entered October 20, 2020 (Dkt. No. 68) is hereby revoked pursuant to 11 U.S.C. §1330(a); and it is further

ORDERED, that this Chapter 13 case of Christian E. Dorsey be and hereby is DISMISSED, with prejudice to Debtor(s) right to file a petition pursuant to Title 11 of the United States Code for a period of Ninety (90) days from the date of the entry of this Order; and it is further

ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further

ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Order of Dismissal with Prejudice
Case #19-13402-BFK
Christian E. Dorsey

Dated: Dec 4 2020

/s/ Brian F Kenney

Brian F. Kenney
U.S. Bankruptcy Judge

Entered On Docket:  December 4, 2020

I ask for this:

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street; Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB#26421


SEEN and OBJECTED TO:


/s/ Tommy Andrews, Jr._____
Tommy Andrews, Jr., Esq.
122 N. Alfred St.
Alexandria, Va 22314
Counsel for Debtor

Order of Dismissal with Prejudice
Case #19-13402-BFK
Christian E. Dorsey

### Local Rule 9022-1 (C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Christian E. Dorsey
Chapter 13 Debtor
1009 S. Columbus St.
Arlington, VA 22204

Tommy Andrews, Jr., Esq.
Attorney for Debtor
122 N. Alfred St.
Alexandria, VA 22314

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Suite 400
Alexandria, VA  22314